ACCEPTED
03-15-00219-CV
5929473
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 5:43:31 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00219-CV

IN THE COURT OF APPEALS
THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/2/2015 5:43:31 PM
~~JEFFREY D. KYLE~~
Clerk

HALLMARK SPECIALTY UNDERWRITERS, INC., and HALLMARK SPECIALTY
INSURANCE COMPANY,
*Appellants*

v.

TEXAS MUTUAL INSURANCE COMPANY,
*Appellee*

Appeal from the
98th District Court of Travis County, Texas
Cause No. D-1-GN-14-003789

APPELLEE TEXAS MUTUAL INSURANCE COMPANY'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT:

COMES NOW the Appellee, Texas Mutual Insurance Company ("Texas Mutual"), and files this its Unopposed Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the court as follows:

1.    This case is an appeal from a final judgment in the 98th District of Travis County, Texas. Hallmark Specialty Underwriters, Inc. and Hallmark Specialty

1

Insurance Company are the Appellants (collectively, the "Hallmark Appellants"). Texas Mutual is the Appellee.

2. The Hallmark Appellants filed the Appellants' Brief on June 11, 2015. Under the current briefing schedule, Texas Mutual's Appellee's Brief is due on Monday, July 13, 2015. TEX. R. APP. P. 38.6(b).

3. Both parties have been engaged in discussions regarding the possible resolution of this appeal. However, neither party wishes to incur additional appellate costs if the case is soon to be mutually resolved. An extension of the briefing deadlines will allow the parties additional time to discuss a resolution of the appeal without imposing unnecessary appellate costs.

4. Texas Mutual asks that this Court grant Texas Mutual a 30-day extension to file its Appellee's Brief. Texas Mutual's Appellee's Brief would be due by Thursday, August 13, 2015.

5. Texas Mutual has not previously requested an extension to file its Appellee's Brief in this matter.

6. Texas Mutual's requested modification is for good cause, is not sought solely for the purposes of delay, and is sought to promote judicial efficiency.

7. Counsel for the Hallmark Appellants was contacted by counsel for Texas Mutual and does not oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Texas Mutual respectfully requests that this Court grant this Unopposed Motion for Extension of Time to File Appellee's Brief and extend the deadline for Texas Mutual to file its brief to August 13, 2015.

Respectfully Submitted,

ARNOLD & PLACEK, P.C.
203 East Main Street, Suite 201
Round Rock, Texas 78664
Telephone:(512) 341-7044
Facsimile:(512) 341-7921

By: _____
R. SCOTT PLACEK
State Bar No. 00784769
splacek@arnoldplacek.com
SCOTT K. ARNOLD
State Bar No. 00785669
sarnold@arnoldplacek.com
JONATHAN L. CHALTAIN
State Bar No. 24079787
jchaltain@arnoldplacek.com

ATTORNEYS FOR APPELLANT
TEXAS MUTUAL INSURANCE COMPANY

3

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with appellants' counsel on July 2, 2015 and that appellants' counsel does not oppose this motion.

_____
Jonathan Chaltain

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded by facsimile and/or certified mail, on the 2 day of July, 2015, to the following counsel of record:

Wm. David Farmer                                    *Via Facsimile*
Chad W. Schreiber
CURNEY, FARMER, HOUSE & OSUNA, P.C.
411 Heimer Road
San Antonio, Texas 78232-4854
Phone: 210-377-1990
Fax: 210-377-1065

_____
Jonathan L. Chaltain

4